EXHIBIT 9 - COMPANIES SELLING BODY ARMOR PRODUCTS TO THE AMERICAN PUBLIC

| NO. | NAME OF COMPANY | WEBSITE |
|---|---|---|
| 1. | 221b Tactical | https://www.221btactical.com/ |
| 2. | 5.11 Tactical | https://www.511tactical.com/public-safety/plate-carriers.html?zmp=&msclkid=cb734af1c46d1801619c2c9a5ae9c72f |
| 3. | AA Shield Body Armor | https://store.aashield.com/ |
| 4. | Ace Link Armor | https://acelinkarmor.com/ |
| 5. | Adept Armor | https://www.ade.pt/ |
| 6. | Armor Importers of Texas | https://armorimportersoftexas.com/ |
| 7. | A Safe Pack | https://www.asafepack.com/ |
| 8. | Atomic Defense | https://www.atomicdefense.com/ |
| 9. | Bao Tactical | https://baotactical.com/ |
| 10. | Body Armor Megastore | https://bodyarmormegastore.com |
| 11. | Brownells | https://www.brownells.com/search/?page=1&search=armor |
| 12. | Bulletblocker | https://www.bulletblocker.com/ |
| 13. | Bulletproof Zone | https://bulletproofzone.com/ |
| 14. | BulletSafe Bulletproof Vests | https://bulletsafe.com/ |
| 15. | Byrna | https://byrna.com/collections/backpack-body-armor |
| 16. | Caliber Armor | https://caliberarmor.com/ |
| 17. | Canadian Armour Ltd | https://canarmor.ca/ |
| 18. | CATI | https://catiarmor.com/armor/ |
| 19. | Chase Tactical | https://www.chasetactical.com/ |
| 20. | Citizen Armor | http://citizenarmor.com/ |
| 21. | Compass Armor | https://compassarmor.com/ |
| 22. | Condor Outdoor | https://condoroutdoor.com/ |
| 23. | DFNDR Armor | https://dfndrarmor.com/ |
| 24. | Ferro Concepts | https://ferroconcepts.com/collections/armor |
| 25. | Galls | https://www.galls.com/galls-body-armor |
| 26. | Geary Defense | https://gearysecurity.com/who-we-are/# |
| 27. | GH Armor Systems | https://www.gharmor.com/ |
| 28. | Gladiator Solutions | https://gladiatorsolutions.com/ |
| 29. | Guard Dog Body Armor | https://gdbodyarmor.com/ |
| 30. | Guardian Gear | https://guardiangearusa.com/ |
| 31. | Hardcore Defense | https://hardcoredefense.com/collections/body-armor-and-helmets |
| 32. | Hardwire LLC | https://hardwirellc.com/ |
| 33. | Hesco | https://www.hesco.com/products/armor/ |
| 34. | High End Defense Solutions | https://hedsusa.com/ |
| 35. | Highcom Armor | https://www.highcomarmor.com/ |
| 36. | Hoplite Armor | https://www.hoplitearmor.com/ |
| 37. | HRT Tactical Gear | https://hrttacticalgear.com/body-armor/ |
| 38. | Infidel Armor | https://infidelbodyarmor.com/level-iii-10x12-1-plate-multi-curve-in-stock.html |

EXHIBIT 9 - COMPANIES SELLING BODY ARMOR PRODUCTS TO THE AMERICAN PUBLIC

| | | |
|---|---|---|
| 39. | Innocent Armor | https://innocentarmor.com/products/ballistic-backpack# |
| 40. | LBX Tactical | https://lbxtactical.com/ |
| 41. | Leatherback Gear | https://www.leatherbackgear.com/ |
| 42. | Legacy Safety and Security | https://legacyss.net/ |
| 43. | Level-4 Armor | https://level-4armor.com/ |
| 44. | MC Armor | https://mc-armor.com/ |
| 45. | Mira Safety | https://www.mirasafety.com/ |
| 46. | National Body Armor | https://nationalbodyarmor.com/ |
| 47. | Ncstar | https://www.ncstar.com/ |
| 48. | North American Rescue | https://www.narescue.com/ |
| 49. | Optics Planet | https://www.opticsplanet.com/armor-plates.html |
| 50. | Point Blank Body Armor | https://www.pointblankenterprises.com/point-blank-body-armor/ |
| 51. | Predator Armor | https://www.predatorarmor.com/ |
| 52. | Premier Body Armor | https://premierbodyarmor.com/ |
| 53. | Prime Armor | https://primearmor.us/product-category/body-armor/ |
| 54. | Protectagainst | https://protectagainst.com/collections/protectagainst |
| 55. | RMA Armament | https://rmadefense.com/ |
| 56. | RTS Tactical | https://rtstactical.com/collections/rts-tactical-products |
| 57. | Safe Life Defense | https://safelifedefense.com/ |
| 58. | Safeguard Armor | https://www.safeguardarmor.com/ |
| 59. | Security Pro USA | https://www.securityprousa.com/ |
| 60. | Shellback Tactical | https://www.shellbacktactical.com/ |
| 61. | Spartan Armor Systems | https://www.spartanarmorsystems.com/ |
| 62. | T.Rex Arms | https://www.trex-arms.com/product-category/Body-Armor/ |
| 63. | Tactical Scorpion Gear | https://tacticalscorpiongear.com/body-armor.html |
| 64. | Tacticon Armament | https://tacticon.com/ |
| 65. | Top Armor | https://toparmor.com/ |
| 66. | Tuffypacks | https://tuffypacks.com/ |
| 67. | U.S. Armor | https://www.usarmor.com/ |
| 68. | UARM | https://uarmprotection.com/ |
| 69. | Warrior Assault Systems | https://www.warriorassaultsystems.com/find-a-dealer/ |
| 70. | Westcoast Armor | https://westcoastarmor.com/ |
| 71. | White Horse Defense | https://whitehorsedefense.com/ |
| 72. | Wonder Hoodie | https://wonderhoodie.com/ |
| 73. | ZAHAL Armor | https://zahalarmor.com/contact-us/ |