# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ARMORED REPUBLIC HOLDINGS, LLC, d/b/a ARMORED REPUBLIC, an Arizona limited liability company,<br><br>**Plaintiff,**<br><br>v.<br><br>WALTER MOSLEY, in his official capacity as the New York Secretary of State; STEVEN JAMES, in his official capacity as acting Superintendent of the New York State Police; ANNE DONNELLY, in her official capacity as Nassau County District Attorney; and MELINDA KATZ, in her official capacity as Queens County District Attorney,<br><br>**Defendants.** | CASE NO. 2:24-cv-04261 |

## NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Armored Republic Holdings, LLC, d/b/a Armored Republic, through and by undersigned counsel, hereby gives notice that this action is voluntarily dismissed. None of the Defendants in this action have filed or served any answer or motion for summary judgment. Accordingly, Plaintiff notices voluntary dismissal of this action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

DATED: September 10, 2024

    Respectfully submitted,

    */s/ Joseph B. Brown*
    Joseph B. Brown
    In-House Counsel
    Armored Republic Holdings, LLC
    17431 N Black Canyon Highway
    Phoenix, AZ 85023
    jbrown@armoredrepublic.com
    *Pro hac vice admission requested*